

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ROSEMARY HALL, BSN, RN, | § | No. 08-16-00197-CV |
| Appellant, | § | Appeal from the |
| V. | § | 126th District Court |
| TEXAS BOARD OF NURSING AND STATE OFFICE OF ADMINISTRATIVE HEARINGS, | § § § | of Travis County, Texas (TC# D-1-GN-15-002832) |
| Appellees. | § § | |

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of prosecution. Finding that Appellant, Rosemary Hall, has failed to file her brief or a motion for extension of time to file the brief, we dismiss the appeal for want of prosecution.

The Clerk of the Court notified Appellant that her brief was past due and no motion for extension of time had been filed. The letter advised Appellant that the Court intended to dismiss the appeal for want of prosecution unless Appellant responded within ten days and showed grounds for continuing the appeal. *See* TEX.R.APP.P. 38.8(a)(1). Appellant has not filed any

response to the inquiry. Accordingly, we dismiss the appeal for want of prosecution. *See* TEX.R.APP.P. 38.8(a)(1), 42.3(b), (c).


December 14, 2016

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.